IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN W. OAKLEY,                          )
                                         )
                    Plaintiff            )
                                         )
          v.                             )          No.  06-cv-4073-JPG
                                         )
SCOTT MCCABE,                            )
                                         )
                    Defendant.           )

**JUDGMENT**

NOW On this 25th day of February, 2008, the same being one of the regular judicial days

of this Court, this matter comes on for Trial on the Plaintiff's Complaint and the Defendant,

Scott McCabe's Answer with Affirmative Defenses to the Complaint.  A venire of jurors is

sworn to answer questions by the Court and counsel.  The jurors are interrogated and seven

jurors are selected and sworn to try the issues of the case.  Counsel for the Plaintiff and

Defendant proceed with opening statements.  The Plaintiff, John W. Oakley, proceeds to offer

testimony in his case in chief consisting of the sworn testimony of Melissa Oakley and John W.

Oakley along with exhibits offered and received into evidence at which time the Plaintiff rests

his case.  The Defendant, Scott McCabe, filed his Motion for Judgment Pursuant to Federal Rule

of Civil Procedure 50 at the close of the Plaintiff's case.  The Court proceeds to hear oral

argument and denies the Motion.  The Defendant proceeds to offer testimony in his case in chief

consisting of the sworn testimony of Jim Lloyd, Scott McCabe, Kenny Workman, John

Flemming and James Wright along with exhibits offered and received into evidence at which

time the Defendant rests his case.  The Plaintiff does not offer rebuttal testimony.  The

Defendant Scott McCabe then files his Motion for Judgment Pursuant to Federal Rule of Civil

Procedure 50 at the close of all the case. The Court grants the Motion in part entering Judgment for Scott McCabe and against the Plaintiff on Count IV of the Plaintiff's Complaint. The Motion is otherwise denied. A conference on instructions is then held and certain instructions are given and certain instructions are denied. The Court then proceeds to instruct the jury on the law at which time counsel for the Plaintiff and Defendant proceed with closing statements. The jury retires to the custody of sworn bailiffs at 3:53 p.m. At 4:17 p.m. the jury returns to open court and returns verdicts finding for Defendant on all counts.

It is therefore **ORDERED** and **ADJUDGED** that the Defendant, Scott McCabe does have Judgment in his favor and against the Plaintiff, John W. Oakley and the Plaintiff John W. Oakley shall take nothing by his Complaint.

**DATED: February 28, 2008**

> **NORBERT JAWORSKI**
>
> **By:s/Deborah Agans, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**